AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Derrick Wayne Antrom<br><br>*Defendant(s)* | Case No.<br><br>**H18-0903M** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 13, 2018 - June 1, 2018__ in the county of _____Harris_____ in the
__Southern__ District of _____Texas_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A (a)(2)(B)<br>18 U.S.C. § 2252A (a)(5)(B) | Any person who knowingly receives or distributes any material that contains child pornography that has been mailed, or using any mean or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer. Any person who knowingly possesses any material that contains an image of child pornography that has been mailed or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ryan J. Shultz, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6-4-18

_____
*Judge's signature*

City and state: Houston, Texas    United States Magistrate Judge Nancy K. Johnson
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ryan J. Shultz, being duly sworn, hereby depose and state the following:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since September 2008. I am charged with the duty of investigating violations of the laws of the United States, collecting evidence in cases in which the United States is or may be a party in interest and performing other duties imposed by law. During my assignment with the FBI I have participated in the execution of search warrants for documents and other evidence, including computers and electronic media, in cases involving child pornography and the sexual exploitation of children. I have investigated many cases involving child pornography and the sexual exploitation of children. I have also participated in various FBI mandated and volunteer training for the investigation and enforcement of federal child pornography laws in which computers were used as the means for receiving, transmitting and storing child pornography as defined in Title 18, United States Code, Section 2256.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of the attached Complaint and therefore contains only a summary of the relevant facts. I have not included each and every fact known by me concerning the individuals and events described herein. The information contained in this affidavit is based on my firsthand knowledge as well as information obtained through witness interviews conducted by me or other Law Enforcement Officers or Special Agents of the FBI and a review of various records.

1

3. A growing phenomenon on the Internet is peer to peer file sharing (hereinafter, "P2P"). P2P file sharing is a method of communication available to Internet users through the use of special software. The software is designed to allow users to trade digital files through a worldwide network that is formed by linking computers together.

4. On or about March 13, 2018, your Affiant, using a computer connected to the Internet and utilizing a law enforcement tool that allows single-source downloads from the BitTorrent P2P network, conducted an online investigation into the sharing of child pornography through that network.

5. Your Affiant identified a computer on the BitTorrent P2P file sharing network with the IP address of 98.199.224.130 as a potential download candidate, or source, for files of investigative interest. Your Affiant directed his investigation to this computer at IP address 98.199.224.130 as it had been detected as being associated with investigative files of interest by investigators conducting keyword searches or hash value searches for files related to child exploitation material, including child pornography, on the BitTorrent network.

6. Between March 13, 2018, and April 18, 2018, your Affiant successfully completed the download of approximately 38 video files and more than 1,000 still image files via single source download, which the computer at IP address 98.199.224.130 was making available. It was noted that the computer at IP address 98.199.224.130 was connected to the BitTorrent Network through an uncommon cross-protocol program identified as qBitTorrent. Following the downloads, your Affiant viewed the files downloaded from the computer at IP address 98.199.224.130 and determined that each respective file

depicted child pornography as defined by Title 18, United States Code, Section 2256. Below is a description of three of the downloaded files that meet the statutory federal definition of child pornography:

**A. Download Date:** March 17, 2018
**Filename:** Gracel Set 40.mpg
**Description:** This is a video file that is 6 minutes and 23 seconds in length which depicts a minor female, estimated to be less than 8 years of age, being orally and vaginally penetrated by the erect penis of an adult male.

**B. Download Date:** March 21, 2018
**Filename:** 7-9yo Laura.mpg
**Description:** This is a video file that is approximately 21 minutes in length which depicts a minor female, estimated to be less than 10 years of age, engaged in illicit sexual conduct to include having her vagina orally penetrated, being vaginally penetrated by the erect penis of an adult male and masturbating the erect penis of an adult male.

**C. Download Date:** April 6, 2018
**Filename:** pthc Pedoland Frifam 9Yo Peggy Swallow Cum.mpg
**Description:** This is a video file that is 14 minutes and 32 seconds in length which depicts a nude minor female, estimated to be less than 12 years of age, blindfolded while being orally and vaginally penetrated by the erect penis of an adult male and anally penetrated with a foreign object.

7. Investigators determined that IP address 98.199.224.130 was registered to the Internet Service Provider (ISP) Comcast. Results of an administrative subpoena sent to Comcast revealed that during the times that your Affiant conducted his online undercover sessions from March 13, 2018, through April 18, 2018, IP address 98.199.224.130 was assigned to an account registered to Marlowe Driscoll in Houston, Texas.

8. On June 1, 2018, FBI Houston executed a federal search warrant at Marlowe Driscoll's residence in Houston, Texas. The single-family residence was found to be occupied by

multiple parties at the time of the search warrant execution. All parties were identified and interviewed in the process of executing the search. At that time, it was determined that the residence owned by Marlowe Driscoll was occupied by several unrelated tenants.

9. One tenant, identified as Derrick Wayne Antrom, hereinafter referred to as "Antrom", was interviewed by your Affiant, alongside FBI Special Agent Robert J. Guerra, and after being advised of his *Miranda Rights*, chose to make a statement.

10. Antrom identified himself as an Information Technology Project Manager on temporary contract to the Houston, Texas area. Antrom had moved into Marlowe Driscoll's residence as a tenant on November 7, 2017, and intended to remain in the Houston, Texas area until his current employment contract expired, which he anticipated being on or about June 7, 2018. Thereafter Antrom was not certain where he would reside, though he considered Atlanta to be home.

11. Though he stated that he had seen child pornography material before, Antrom initially denied having any involvement with child pornography. However, after being asked if he was familiar with any P2P software programs, Antrom advised that he was familiar with the BitTorrent program and currently had qBitTorrent downloaded on his laptop computer.

12. Furthermore, when asked to review a series of contact sheets depicting samples of the child pornography material that had been downloaded by your Affiant from the computer connected to IP address 98.199.224.130, Antrom acknowledged that he recognized several of the images from one of the contact sheets. The images that Antrom acknowledged recognizing could be described as portraying a nude minor female, estimated to be less

4

than 14 years of age, being orally and vaginally penetrated by the erect penis of an adult male.

13. When confronted with the fact that Antrom had admitted to downloading and utilizing the exact program that investigators were looking for, specifically the qBitTorrent P2P software program, Antrom advised that he wished to speak to an attorney. At that time the interview was immediately terminated.

14. Immediately following the interview, investigators conducted an on-site preview of Antrom's laptop computer which was located in his private bedroom within the residence. This computer was password protected and Antrom provided your Affiant with the password. The brief on-site preview confirmed the presence of the qBitTorrent software program on Antrom's laptop computer as well as at least one file folder observed to contain approximately 20 videos, which based on the thumbnail images, all appeared to meet the statutory federal definition of child pornography. In summary, the video files appeared to portray minor females, ranging from approximately 10 to 14 years of age, nude and posed in a sexually suggestive manner and/or engaged in illicit sexual conduct with adult males.

## CONCLUSION

15. Based on all information set forth above, your Affiant believes there is probable cause to believe that from on or about March 13, 2018, through on or about June 1, 2018, Derrick

Wayne Antrom, was in violation of Title 18 U.S.C. § 2252A (a)(2)(B) and 2252A (a)(5)(B)- the distribution, receipt and possession of child pornography.

_____
Ryan J. Shultz, FBI Special Agent

Subscribed and sworn before me this ____4th____ day of June 2018.

_____
Nancy K. Johnson
United States Magistrate Judge